UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHARLENE HAHN,

    Plaintiff,

v.                                    Case No:  3:13-cv-1335-J-39JBT

TYLER J WILLIAMS, Public Defender
and ERIC LEONARD, Prosecutor,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. 14), entered by the Honorable Joel B. Toomey, United States Magistrate Judge, on March 10, 2014. In the Report, Magistrate Judge Toomey recommends that the Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 5) be denied, and the case be dismissed without prejudice. (Doc. 14). Plaintiff has failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a *de novo* review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions *de novo*. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 14) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 5) is **DENIED**.

3. This case is **DISMISSED WITHOUT PREJUDICE**.

4. The Clerk of the Court is directed to enter judgment dismissing the case without prejudice, terminate any pending motions or deadlines as moot, and close this file.

**DONE** and **ORDERED** in Jacksonville, Florida this 14TH day of April, 2014.

BRIAN J. DAVIS
United States District Judge

mh
Copies furnished to:

Hon. Joel B. Toomey
*Pro Se* Plaintiff